CORINE CARLES v. THE STATE.

No. 9550. Delivered June 24, 1925.

Murder—Bills of Exception—Not Verified—Cannot be Considered.

No statement of facts is found in the record. The transcript contains what purports to be bills of exceptions none of which are verified by the signature of the trial judge. Under Art. 744 C. C. P. they cannot be considered. No error appearing the cause is affirmed.

Appeal from the District Court of Hale County. Tried below before the Hon. R. C. Joiner, Judge.

Appeal from a conviction of murder; penalty, ten years in the penitentiary.

*Griffin & Overson,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Appellant was charged by indictment with the offense of murder. Upon conviction her penalty was assessed at confinement in the penitentiary for a period of ten years.

We find no statement of the evidence adduced. In the transcript are some documents denominated bills of exception, but none of them are verified by the signature of the trial judge nor otherwise as required by law. See Art. 744, C. C. P.

We find nothing in the record which warrants or justifies a reversal of the judgment. It is therefore affirmed.

*Affirmed.*